UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-                     **Notice of Appearance**
                                07 CR 582 (CM)

NADINE WHITTINGHAM,

                Defendant.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that MICHAEL HURWITZ, ESQ. is the attorney for NADINE WHITTINGHAM on the above-referenced indictment.

Date:  New York, New York
          March 5, 2008

                                                      By:    MICHAEL HURWITZ, ESQ.
                                                                          299 Broadway, Suite 800
                                                                          New York, NY 10007
                                                                          (212) 619-4240
                                                                          (212) 619-6743 – Fax