# HURWITZ STAMPUR & ROTH
### ATTORNEYS AT LAW

MICHAEL HURWITZ  
WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

March 5, 2008

*Memo Endorsement*  
*3/7/08*  
*Granted*

**Ex Parte Application**  
The Honorable Colleen McMahon  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. Nadine Whittingham  
07 CR 582 (CM)

Dear Judge McMahon:

Defendant requests permission to hire an investigator for the purpose of interviewing witnesses in preparation for the trial on April 7, 2008. I am not sure how many witnesses may be interviewed but at this point I would request that the Court consider a voucher at $85.00 per hour for 20 hours. If more hours are needed, I will inform the Court. Thank you for your consideration.

Sincerely,

Michael Hurwitz, Esq.

MH:jpy

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/7/08

MH/WHITTINGHAM, N/INVESTIGATOR REQUEST